ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendants,
SURRINDER SINGH NIJJAR and
AMRITPAL P. SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREIN |
| vs. | |
| SURRINDER SINGH NIJJAR and AMRITPAL P. SINGH, et. al. | |
| Defendants. | |

   IT IS HEREBY STIPULATED between the parties herein, and their respective counsel that the pretrial motions and the trial confirmation hearing.  The trial confirmation hearing is currently scheduled for Friday, September 22, 2006 and it is requested that it be continued to Friday, September 29, 2006 at 9:00 a.m.

   The requested dates for filing pre-trial motions will be as follows:

   Motions in Limine due                September 5, 2006

   Government Responses due             September 19, 2006

This continuance is jointly requested by the parties (1) in order to allow time for the government to finalize and memorialize recently agreed upon plea agreements with certain individual defendants; (2) for defense counsel to effectively prepare by reviewing said plea agreements and discuss them with their respective clients; and (3) for corporate and individual defendants to effectively prepare, exercising due diligence, by continuing to review discovery in order to determine whether the case will proceed to trial or reach a disposition.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  August 11, 2006

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendants,
NIJJAR BROTHERS TRUCKING, INC.;
NB TRUCKING, INC.; SURRINDER
SINGH NIJJAR and AMRITPAL P.
SINGH

Dated:  August 11, 2006

    /s/ Timothy V. Magill
Timothy V. Magill,
Attorney for Defendant,
SUKHWINDER SINGH

Dated:  August 11, 2006

    /s/ John F. Garland
John F. Garland,
Attorney for Defendant
TARSEM SINGH PAHAL

Dated:  August 11, 2006

    /s/ Harry Drandell
Harry Drandell,
Attorney for Defendant
DALJIT SINGH

Dated:  August 11, 2006

    /s/ James R. Homola
James R. Homola,
Attorney for Defendant
JASWANT SINGH

Dated:  August 11, 2006

                                      /s/ Robert D. Wilkinson
                                    Robert D. Wilkinson,
                                    Attorney for Defendant

Dated:  August 11, 2006

                                      /s/ Marlon Cobar
                                    Marlon Cobar,
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for September 22, 2006, is vacated and is now scheduled for September 29, 2006 at 9:00 a.m.  Further, the motion deadlines shall be extended as set forth above.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   August 18, 2006**                   **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE