ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendants,
SURRINDER SINGH NIJJAR and
AMRITPAL P. SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SURRINDER SINGH NIJJAR and<br>AMRITPAL P. SINGH,<br><br>   Defendants. | Case No.: CR-F-04-5356 AWI<br><br>STIPULATION FOR EXONERATION OF<br>PROPERTY BOND TO BE REPLACED WITH<br>UNSECURED BOND AND RECONVEYANCE<br>OF REAL PROPERTY<br><br>ORDER |

   IT IS HEREBY STIPULATED between the Defendants, SURRINDER SINGH NIJJAR and AMRITPAL P. SINGH, by and through their attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that an Order be issued exonerating the property bond and the real property in interest be reconveyed in this matter.

   An unsecured bond in the amount of $1,000,000.00 will be placed with the Clerk upon Order of the Court to reconvey the property.

   On January 21, 2005 an original Deed of Trust was posted on behalf of the Defendant, SURINDER SINGH NIJJAR, by Nijjar Brothers

Farms (Deed of Trust Receipt No. 2005003128; property address 23671 Avenue 19 1/2, Madera, California, 93638).  The Straight Note and Deed of Trust were posted in the amount of $1,000,000.00.

On January 21, 2005 an original Deed of Trust was also posted on behalf of the Defendant, AMRITPAL P. SINGH, by Nijjar Brothers Farms (Deed of Trust Receipt No. 2005003130; property address 23671 Avenue 19 1/2, Madera, California, 93638).  The Straight Note and Deed of Trust were posted in the amount of $1,000,000.00.

It is respectfully requested that the property bonds in this matter be exonerated and that the property posted as collateral for the bonds be reconveyed to Nijjar Brothers Farms, and that an unsecured bond in the amount of $1,000,000.00 be posted for the Defendants, SURRINDER SINGH NIJJAR and AMRITPAL P. SINGH.

Respectfully submitted,

Dated:  November 1, 2006

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendants,
SURRINDER SINGH NIJJAR and
AMRITPAL P. SINGH

Dated:  November 1, 2006

    /s/ Marlon Cobar
Marlon Cobar,
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the property bond in the above-captioned matter be exonerated and title to the real property be reconveyed to Nijjar Brothers Farms.

IT IS FURTHER ORDERED that the Defendants will post an unsecured bond with the Court in the amount of $1,000,000.00.

IT IS SO ORDERED.

**Dated:   November 3, 2006**              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE