ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR



FILED

JAN - 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SURINDER SINGH NIJJAR,

      Defendant.

)  Case No.: CR-F-04-5356 AWI
)
)  STIPULATION FOR DEFENDANT
)  SURINDER SINGH NIJJAR TO LEAVE
)  COUNTRY
)
)
)
)
)
)

    Defendant, SURINDER SINGH NIJJAR, by and through his attorney, Anthony P. Capozzi, respectfully requests that his passport be returned and for permission to temporarily leave the Eastern District of California and the United States from Thursday, January 11, 2007 to Wednesday, March 21, 2007.

    Mr. Nijjar respectfully makes this request so that he may travel to India, where his family lives.  Mr. Nijjar's sister is very ill and he will be staying in her home and caring for her children while she is hospitalized.  The address where he is staying is VPO - Bhar Singh Pura, Dist. Salandhar, Punjab.  The telephone number is 011-91-182-623-8087.

1  Assistant United States Attorney, Mark Cullers has been
2 contacted and he has no objection to this request.
3  Mr. Nijjar has been under the supervision of Pretrial Services
4 for two years with a $1,000,000.00 property bond. Mr. Nijjar has
5 complied with all of the conditions of his release under the bond,
6 and with all the requests made of him by Pretrial Services, and
7 Pretrial Services has no objection to this request.
8  In addition, Mr. Nijjar has previously traveled to India
9 without incident.
10  Mr. Nijjar will return his passport to the court upon his
11 return to the United States.

Respectfully submitted,

Dated: January 4, 2007

*Anthony P Capozzi*

Anthony P. Capozzi,
Attorney for Defendant,
Surinder Singh Nijjar

1/5/07

It is so Ordered. Dated: 1-5-07

United States District Judge

**ORDER**

Good cause having been shown, Mr. Nijjar's conditions of release shall be modified to allow him to travel to Punjab, India, to care for his sister's children. Mr. Nijjar shall leave the Eastern District of California on January 11, 1007 and return on March 21, 2007.

Mr. Nijjar's passport shall be returned by the court to allow him to travel for the purposes of this trip. Mr. Nijjar shall return the passport to the court upon his return to the Eastern District of California.

Dated:   January 5, 2007

Honorable Anthony W. Ishii
U.S. District Court Judge