ANTHONY P. CAPOZZI, CSB #068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

**ELECTRONICALLY FILED**
**MARCH 29, 2007**

FILED
MAR 29 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND PROPOSED ORDER THEREIN |
| vs. | |
| SURINDER SINGH NIJJAR and SUKHWINDER SINGH, et. al. | |
| Defendants. | |

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Defendant, SUKHWINDER SINGH, by and through his attorney-of-record, Timothy Magill, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the Sentencing Hearing now set for Monday, April 2, 2007, be continued to Monday, May 21, 2007 at 9:00 a.m.

This continuance is jointly requested by the parties due to the continuance of the court matter in which Sukhwinder Singh must testify in India and the health of Surinder Singh Nijjar's sister.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: March 29, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: March 29, 2007

/s/ Timothy V. Magill
Timothy V. Magill,
Attorney for Defendant,
SUKHWINDER SINGH

Dated: March 29, 2007

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant United States Attorney

Stipulation to Continue
Case No. 04-5356 AWI

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing now set for April 2, 2007, is vacated and is now scheduled for Monday, May 21, 2007 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: March 29, 2007

_____
Honorable Anthony W. Ishii,
U.S. District Court Judge

# Proposed Orders
1:04-cr-05356-AWI USA v. Nijjar Brothers, et al

## U.S. District Court

## Eastern District of California - Live System

Notice of Electronic Filing

The following transaction was received from Capozzi, Anthony P. entered on 3/29/2007 at 8:53 AM PDT and filed on 3/29/2007
**Case Name:**     USA v. Nijjar Brothers, et al
**Case Number:**   1:04-cr-5356
**Filer:**         Dft No. 3 - Surinder Singh Nijjar
                   Dft No. 5 - Sukhwinder - Singh

**Document Number:** 406

**Docket Text:**
STIPULATION and PROPOSED ORDER. (Capozzi, Anthony)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2007] [FileNumber=15503
0
]
[5a5ae706584327849c545b686f00ba025b7b703c4956838934c4c4d66d4945b7
7be7ca8da73d8bad6ee0ad160253984fe5cf2d588dc928e87c8797a9282e3]]

**1:04-cr-5356-5 Electronically filed documents will be served electronically to:**

Richard Paul Berman     Angel@dfndr.com, Rick@dfndr.com

Anthony P. Capozzi      abinger@comcast.net, anthonycapozzi@sbcglobal.net