- 1 -

US v. Nijjar Brothers, et. al.

04-5356 AWI

ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>SURINDER SINGH NIJJAR,<br><br>*Defendant*. | Case No.: CR-F-04-5356 AWI<br><br>STIPULATION TO SET SENTENCING DATE |

     IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the Sentencing Hearing be scheduled for Thursday, November 1, 2007 at 9:00 a.m.

     This continuance is jointly requested by the parties due to the unavailability of the agents and counsel in this matter.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  August 1, 2007

/s/ Anthony P. Capozzi

Anthony P. Capozzi,

Attorney for Defendant,

SURINDER SINGH NIJJAR

Dated:  August 1, 2007

/s/ Mark E. Cullers

Mark E. Cullers,

Assistant United States Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

**Dated:     August 6, 2007**            /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE