ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>SURINDER SINGH NIJJAR,<br><br>*Defendant*. | Case No.: CR-F-04-5356 AWI<br><br>STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, ANTHONY P. CAPOZZI, and Plaintiff, by and through Assistant United States Attorney, MARK E. CULLERS, that Defendant, SURINDER SINGH NIJJAR's Conditions of Release set on December 28, 2004, be modified as follows:

1.  That Defendant, SURINDER SINGH NIJJAR, be allowed to work for a trucking company not owned by SURINDER SINGH NIJJAR nor Co-Defendant, AMRIPTPAL SINGH, and such employment may include:

    a.  Customer Service

    b.  Dispatching

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

      c.    Booking of Loads

      d.    Delivery of Merchandise

Accordingly, it is requested that the Defendant's Conditions of Release be modified.

Respectfully submitted,

Dated: August 1, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: August 1, 2007

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED**: Good cause having been shown, Defendant's Conditions of Release shall be modified to allow the Defendant to obtain employment with a Trucking Company as set out above.

DATED: August 14, 2007

/s/ Oliver W. Wanger
HONORABLE OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com