IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SURINDER SINGH NIJJAR, ) <br> ) <br> Defendant. ) | Case No.: CR-F-04-5356 AWI <br><br> STIPULATION AND ORDER ALLOWING DEFENDANT SURINDER SINGH NIJJAR TO LEAVE COUNTRY |

The parties have filed the following stipulation:

IT IS HEREBY STIPULATED between Defendant, SURINDER SINGH NIJJAR, by and through his attorney, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark Cullers, that Defendant SURINDER SINGH NIJJAR's passport be returned and he be given permission to temporarily leave the Eastern District of California and the United States from Thursday, March 20, 2008 to Monday, March 24, 2008, to travel to Surrey, British Columbia, Canada to attend a family wedding. The wedding is that of Mr. Singh's cousin, Kulwinder Singh. Mr. Singh will be staying at the home of his cousin, Ranvranber Singh who resides in Surrey.

IT IS FURTHER STIPULATED THAT MR. NIJJAR have his passport given back to him by the Clerk of the Court and that Mr. NIJJAR will return his passport to the court upon his return to the United States.

IT IS SO STIPULATED.

DATED: March 19, 2008

                                          /s/ Mark Cullers
                                          MARK CULLERS
                                          Attorney for Plaintiff

DATED: March 19, 2008

                                          /s/ Anthony P. Capozzi
                                          ANTHONY P. CAPOZZI
                                          Attorney for Defendant,
                                          SURINDER SINGH NIJJAR

**ORDER**

IT IS SO ORDERED.

**Dated:   March 20, 2008**                /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE