ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | Case No.: CR-F-04-5356 AWI |
| ) | |
| Plaintiff,             ) | STIPULATION TO CONTINUE |
| vs.             ) | SURRENDER DATE PENDING APPEAL |
| ) | |
| SURINDER SINGH NIJJAR,             ) | |
| ) | |
| Defendant.             ) | |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the current surrender date of Thursday, August 7, 2008 be continued pending the outcome of the appeal filed with the Ninth Circuit Court of Appeal, Case No. 08-10269.

Respectfully submitted,

Dated: July 31, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: July 31, 2008

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant U.S. Attorney

# **ORDER**

    IT IS SO ORDERED. Good cause having been shown, the Surrender date of Thursday, August 7, 2008 for Mr. SURINDER SINGH NIJJAR is vacated and a new surrender date will be scheduled, if necessary, pending the outcome of his appeal.

    IT IS FURTHER ORDERED THAT all counsel shall jointly file a status report on the pending appeal ninety days from the date of this order and every ninety days thereafter until the final outcome of the appeal.

IT IS SO ORDERED.

**Dated:   August 1, 2008**                                   /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE