ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No.: CR-F-04-5356 AWI |
| )  | |
| Plaintiff,  )  | STIPULATION TO CONTINUE |
| vs.  )  | SURRENDER DATE PENDING APPEAL |
| )  | |
| SURINDER SINGH NIJJAR,  )  | |
| )  | |
| Defendant.  )  | |

/ / /

/ / /

/ / /

1   IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by
2 and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant
3 United States Attorney, Mark E. Cullers,  that the current surrender date of Thursday, August 7,
4 2008 be continued pending the outcome of the appeal filed with the Ninth Circuit Court of Appeal,
5 Case No.  08-10269.

Respectfully submitted,

Dated:  July 31, 2008

          /s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated:  July 31, 2008

          /s/  Mark  E.  Cullers
Mark E. Cullers,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Surrender date of Thursday, August 7, 2008 for Mr. SURINDER SINGH NIJJAR is vacated and a new surrender date will be scheduled, if necessary, pending the outcome of his appeal.

IT IS FURTHER ORDERED THAT all counsel shall jointly file a status report on the pending appeal ninety days from the date of this order and every ninety days thereafter until the final outcome of the appeal.

IT IS SO ORDERED.

**Dated:   August 1, 2008**                             /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE