```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com
```

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | STIPULATION AND ORDER TO |
| vs. | SUBORDINATE PROPERTY BOND |
| SURINDER SINGH NIJJAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the property located at 23671 Avenue 19 1/2, Madera, California, posted as bond for the Defendant's pretrial release be subordinated in order for the defendant, SURINDER SINGH NIJJAR to purchase the adjoining property.

Mr. Nijjar was sentenced on June 21, 2008 before this court and is now awaiting appeal of his sentence.

1  On January 21, 2005 an original Deed of Trust was posted on behalf of the Defendant, SURINDER SINGH NIJJAR, by Nijjar Brothers Farms (Deed of Trust Receipt No. 2005003128; property address 23671 Avenue 19 1/2, Madera, California, 93638).  The Straight Note and Deed of Trust were posted in the amount of $1,000,000.00.

It is further agreed that the loan shall not affect the $1,000,000.00 of equity in the property previously posted for the Defendant's pretrial release.

Respectfully submitted,

Dated:  January 15, 2009

   /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated:  January 15, 2009

   /s/ Mark E. Cullers
Mark E. Cullers,
Assistant U.S. Attorney

**ORDER**

Good cause having been shown, the property bond posted for SURINDER SINGH NIJJAR's pretrial release shall be subordinated pursuant to the subordination agreement attached hereto as exhibit "A".

IT IS SO ORDERED.

**Dated:** **January 20, 2009**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE