ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>SURINDER SINGH NIJJAR,<br><br>    Defendant. | Case No.: CR-F-04-5356 AWI<br><br>STIPULATION FOR DEFENDANT SURINDER SINGH NIJJAR TO LEAVE COUNTRY |

Defendant, SURINDER SINGH NIJJAR, by and through his attorney, Anthony P. Capozzi, respectfully requests to temporarily leave the Eastern District of California and the United States from Tuesday, March 10, 2009  to Wednesday, April 1, 2009.

Mr. Nijjar respectfully makes this request so that he may travel to India, where his family lives.  Mr. Nijjar's deceased sister's sone is getting married during this time and Mr. Nijjar would like to participate in the family activities.   The address where he is staying is VPO – Bhar Singh Pura, Dist. Salandhar, Punjab.  The telephone number is 011-91-182-623-8087.

Mr. Nijjar has been under the supervision of Pretrial Services for four years with a $1,000,000.00 property bond. Mr. Nijjar has complied with all of the conditions of his release under the bond, and with all the requests made of him by Pretrial Services, and Pretrial Services has no objection to this request.

In addition, Mr. Nijjar has previously traveled to India without incident.

Mr. Nijjar will return his passport to the court upon his return to the United States.

Respectfully submitted,

Dated: February 12, 2009

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: February 12, 2009

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant U.S. Attorney

**ORDER**

Good cause having been shown, Mr. Nijjar's conditions of release shall be modified to allow him to travel to Punjab, India, to attend his nephew's wedding. Mr. Nijjar shall leave the Eastern District of California on March 10, 2009 and return on April 1, 2009.

Mr. Nijjar shall return his passport to the court upon his return to the Eastern District of California.

IT IS SO ORDERED.


**Dated:**   **February 20, 2009**                /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE