1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA 93711
3  Telephone: (559) 221-0200
   Fax: (559) 221-7997
4  E-mail: capozzilaw@aol.com

5  Attorney for Defendant,
   SURINDER SINGH NIJJAR

**FILED**

JAN 14 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SURINDER SINGH NIJJAR,<br><br>    Defendant. | Case No.: CR-F-04-5356 AWI<br><br>[~~PROPOSED~~] ORDER TO SURRENDER TO THE CUSTODY OF THE BUREAU OF PRISONS |

The appeal in the above entitled matter having been concluded, the defendant shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshals before 2:00 p.m. on Thursday, March 4, 2010.

Dated: January 13, 2010

_____
Honorable Anthony W. Ishii,
U.S. District Court Judge

Page 1

Order to Surrender
Case No. 04-5356 AWI